1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                                    )  Civil No. 09-CV-2512-BEN(WVG)
    CELIA KING-SCOTT,                 )
11                                    )
                      Plaintiff,      )  NOTICE AND ORDER FOR EARLY
12                                    )  NEUTRAL EVALUATION CONFERENCE
                                      )
13  v.                                )
                                      )
14  UNIVERSITY MEDICAL                )
    PHARMACEUTICALS CORP.,            )
15                                    )
                      Defendant.      )
16  _____  )

17       In light of the pending motion to transfer, the Court VACATES

18  the current Early Neutral Evaluation (ENE) conference date of May

19  14, 2010 at 2 P.M. and reschedules the ENE to June 18, 2010 at 9:00

20  A.M.

21       The purpose of the Early Neutral Evaluation Conference

22  ("ENE")is to permit an informal discussion between the attorneys,

23  parties and the settlement judge of every aspect of the lawsuit in

24  an effort to achieve an early resolution of the case.  All confer-

25  ence discussions will be informal, off the record, privileged and

26  confidential.  Counsel for non-English speaking parties is responsi-

27  ble for arranging for the appearance of an interpreter at the

28  conference.

1    Pursuant to Rule 16.1(c) of the Local Rules of the United

2    States District Court for the Southern District of California, both

3    counsel <u>and the parties</u> who have full and unlimited authority[1] to

4    negotiate and enter into a binding settlement shall appear <u>in person</u>

5    at the conference and shall be prepared to discuss the claims,

6    defenses, damages and settlement.

7    Unless there are **extraordinary circumstances,** persons

8    required to attend the conference pursuant to this Order shall not

9    be excused from personal attendance. Requests for excuse from

10   attendance for extraordinary circumstances shall be made in *writing*

11   at least 48 hours prior to the conference. Where the suit involves

12   the United States or one of its agencies, only counsel for the

13   United States with full settlement authority need appear.

14   **The Court requires that the parties file Confidential ENE**

15   **Statements.** No later than **five court days prior to the ENE,** the

16   parties shall submit directly to Judge Gallo's chambers confidential

17   statements of five pages or less which outline the nature of the

18   case, the claims, the defenses, and the parties' positions regarding

19   settlement of the case.

20   In the event the case does not settle at the Early Neutral

21   Evaluation Conference, the parties shall also be prepared to discuss

22

23   _____

24   [1]  "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. <u>Heileman Brewing Co., Inc. v. Joseph Oat Corp.</u>, 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. <u>Pitman v. Brinker Intl., Inc.</u>, 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. <u>Id.</u> at 486. A limited or a sum certain of authority is not adequate. <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590 (8th Cir. 2001).

25

26

27

28

2

the following matters at the conclusion of the conference.

1.  Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2.  The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3.  The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4.  The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

**Plaintiff's counsel shall give notice of the ENE to all parties responding to the Complaint after the date of this Notice.**

Local Rule 16.1(c) requires that an ENE take place within 45 days of the filing of the first answer.  Requests to continue ENE conferences are rarely granted.  However, the Court will consider formal, written *ex parte* requests to continue an ENE conference when extraordinary circumstances exist that make a continuance appropri-ate.  In and of itself, having to travel a long distance to appear at the ENE conference is not an extraordinary circumstance.  **Absent extraordinary circumstances, requests for continuances of the ENE conference may not be considered *unless* submitted in *writing* no less than seven calendar days prior to the scheduled conference.**

///

///

///

///

09-cv-2512

1        Questions regarding this case may be directed to the

2   Magistrate Judge's Research Attorney at (619) 557-6384.

3

4   DATED: May 6, 2010

5

6                              _____
                                  Hon. William V. Gallo
7                                 U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

09-cv-2512